**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ARTURO ERICK LAGOS GOMEZ,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **SA-26-CV-4630-JKP** |
| **v.** | § | |
| | § | |
| **ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER OF TRANSFER**

*Pro se* Petitioner Arturo Erick Lagos Gomez, an immigration detainee, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus in the United States District Court for the Western District of Texas, San Antonio Division, seeking relief from his current detention. (Dkt. No. 1). Upon review, the Court finds this matter should be transferred to the United States District Court for the Western District of Texas, Austin Division. Lagos Gomez is detained in the T. Don Hutto Detention Center in Taylor, Texas, which is in Williamson County within the geographical boundaries of the Austin Division of the Western District of Texas. (Dkt. No. 1); *see* 28 U.S.C. § 125(d)(1). Thus, this Court finds a transfer is appropriate.

**IT IS THEREFORE ORDERED** that the above–referenced cause is **TRANSFERRED** to the United States District Court for the Western District of Texas, Austin Division.

It is **SO ORDERED**.

**SIGNED** this 30th day of July, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE